IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE L. MURILLO,** | Case No. C 09-03346 CW (PR) |
| Petitioner, | **ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE** |
| v. | |
| **KELLY HARRINGTON,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including June 18, 2010, to file a response to the petition. If petitioner wishes to respond, he shall do so by filing a traverse with the Court and serving it on respondent within thirty (30) days of his receipt of respondent's answer.

Dated: April 23, 2010

_____
The Honorable Claudia Wilken

1

Order Granting Extension Of Time To File Response (C 09-03346 CW (PR))

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE L. MORILLO,

    Plaintiff,

v.

KELLY HARRINGTON et al,

    Defendant.

                                             /

Case Number: CV09-03346 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Luis Murillo F-22712
A1-229
Kern Valley State Prison
P.O. Box 5101
3000 W. Cecil Ave.
Delano, CA 93216

Dated: April 23, 2010

                                   Richard W. Wieking, Clerk
                                   By: Nikki Riley, Deputy Clerk