IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSE L. MURILLO,** <br><br> Petitioner, <br><br> v. <br><br> **KELLY HARRINGTON,** <br><br> Respondent. | Case No. C 09-03346 CW (PR) <br><br> **ORDER GRANTING SECOND EXTENSION OF TIME TO FILE RESPONSE** |

   GOOD CAUSE APPEARING, it is hereby ordered that respondent is granted an enlargement of time, to and including August 17, 2010, to file a response to the petition. If petitioner wishes to respond, he shall do so by filing a traverse with the Court and serving it on respondent within thirty (30) days of his receipt of respondent's answer.

Dated: **6/23/2010**

_____
The Honorable Claudia Wilken

1