IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. MURILLO,<br><br>      Petitioner,<br><br>  v.<br><br>KELLY HARRINGTON,<br><br>      Respondent.<br>_____/ | No. C 09-03346 CW (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS |

    Petitioner has filed a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended up to and including <u>August 30, 2010</u>.

    If Respondent wishes to file a reply brief, he shall do so no later than <u>fifteen (15) days</u> after the date Petitioner's opposition is filed.

    This Order terminates Docket no. 20.

    IT IS SO ORDERED.

Dated: 8/27/2010

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE L. MURILLO,

        Plaintiff,

  v.

KELLY HARRINGTON et al,

        Defendant.

Case Number: CV09-03346 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 27, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Luis Murillo F-22712
A1-229
Kern Valley State Prison
P.O. Box 5101
3000 W. Cecil Ave.
Delano, CA 93216

Dated: August 27, 2010

                Richard W. Wieking, Clerk
                By: Nikki Riley, Deputy Clerk